RAJ K. PATEL
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651
Email: rajp2010@gmail.com
*Pro Se* Plaintiff

**UNITED STATES COURT OF APPEALS**

**NINTH CIRCUIT**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL ) ) ) Plaintiff-Appellant, ) ) vs. ) ) ALPHABET INC., ET AL., ) ) Defendants-Appellees. ) | Case No.: 23-16181 N.D. Cal. No. 5:23-cv-03647-BLF **LETTER OF CORRESPONDENCE** |

    I, T.E., T.E. Mr. Raj K. Patel (Rama CCCX), inform this court that I have won a Default Judgement in the State of Mississippi Hinds County Circuit Court against the University of Notre Dame du Lac for "$4.6 billion (nine billion six hundred)" for a breach of contract claim.

- 1 -
**COMPLAINT**

                                                Respectfully submitted,

DATED: October 29, 2023

                                                 /s/ Raj K. Patel
                                                  RAJ K. PATEL

Raj K. Patel
Rama CCCX
T.E., T.E. Mr. Raj K. Patel, AA, BA*, JD Candidate** (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

- 2 -
**COMPLAINT**

*Political Science & Religion (cum laude), Emory University Class of 2014

- 3 -
**COMPLAINT**

# CERTIFICATE OF SERVICE

In addition to service to the Defendants, I served on October 29, 2023 the following individual via Clerk of Court after being approved for *IFP*:

**THE UNITED STATES**
**ATT'Y GEN. MERRICK GARLAND**
U.S. Dep't of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: 202-353-1555

**THE UNITED STATES**
**ISMAIL J. RAMSEY, US Att'y N.D. Cal.**
US Attorney's Office
Heritage Bank Bldg.
150 Almaden Blvd., Ste. 900
San Jose, CA 95113
Phone: (408) 535-5061
Fax: (408) 535-5081

**ALPHABET INC.**
**GOOGLE LLC**
**CORPORATE SERVICE COMPANY**
BECKY DEGEORGE
2710 Gateway Oaks Drive
Sacramento, CA 95833

**SUNDAR PICHAI**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
sundar@google.com

**ALPHABET INC.**
**GOOGLE LLC**
KELLY MARIE KNOLL
WILSON SONSINI
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Fax: 650-493-6811
kknoll@wsgr.com

**JIGSAW LLC**
**CORPORATE SERVICE COMPANY**
1000 N. West Street, Suite 1200
Middletown, DE 19801

**XXVI HOLDINGS, INC.**
251 Little Falls Drive
Wilmington, DE 19808

**STATE OF DELAWARE**
c/o JEFFREY W. BULLOCK, DEL. SEC'Y OF ST.
c/o KATHY JENNINGS, DEL. ATT'Y GEN.
Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801
Civil Division: (302) 577-8400
Fax: (302) 577-6630
attorney.general@delaware.gov

**JEFFREY W. BULLOCK, DEL. SEC'Y OF ST.**
STATE OF DELAWARE
820 N. French St., 10th Floor
Wilmington, DE 19801
Phone: (302) 577-8767

**STATE OF CALIFORNIA**
c/o ROB BONTA, CAL. ATT'Y GEN.
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

**PRESIDENT DONALD TRUMP**
Alina Habba, Esq.
1100 S Ocean Blvd
Palm Beach, FL 33480
ahabba@habbalaw.com

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (Pro Se) (Rama CCCX)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

- 5 -
**COMPLAINT**